374 A.2d 707

Commonwealth, Appellant, v. One 1957 Twin-Engine Bonanza Beechcraft.

Argued April 13, 1977. J. Farrell, with him Robert P. Kane, Attorney General, for Commonwealth, appellant; Irving L. Bloom, for appellee.

OPINION PER CURIAM: Order affirmed.

PRICE, J., concurs solely on the basis that the Commonwealth presented the forfeiture procedure improperly and erroneously and has, therefore, waived the argument that it seeks to present on this appeal.

VAN der VOORT, J., absent.